# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAKE, | Case No. CV 19-06176 GW (RAO) |
|       Plaintiff, | |
|    v. | **JUDGMENT** |
| R.C. JOHNSON, et al., | |
|       Defendants. | |

IT IS ORDERED AND ADJUDGED that this action is dismissed.

DATED: July 30, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE